CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 07 2019

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA,<br>    Plaintiff, | Civil Action No. 3:19cv00054 |
| v. | **ORDER** |
| RECTOR AND VISITORS OF THE<br>UNIVERSITY OF VIRGINIA,<br>    Defendant. | By:  Joel C. Hoppe<br>United States Magistrate Judge |

Plaintiff Kieran Ravi Bhattacharya, proceeding *pro se*, filed a motion for access to this Court's Case Management/Electronic Case Filing ("CM/ECF") system. ECF No. 11.

It is hereby ORDERED that Plaintiff's motion, ECF No. 11, is **GRANTED for this case only**. Bhattacharya must register for CM/ECF and follow certain steps in order to use this Court's CM/ECF system. *See generally* W.D. Va. Gen. R. 7. He will continue to receive—and must continue to serve—all documents in paper copy until the Clerk of this Court approves his CM/ECF application. Once properly registered, Bhattacharya shall be permitted to participate as an ECF filer in this case only and only as long as he is not represented by an attorney. Bhattacharya also must comply with Local General Rule 7, which governs electronic filing in this Court.

The Clerk shall send a copy of this Order to the parties.

ENTER: November 7, 2019

*Joel C. Hoppe*
Joel C. Hoppe
United States Magistrate Judge