# EXHIBIT 1

Case 3:19-cv-00054-NKM-JCH Document 33-1 Filed 02/19/20 Page 2 of 6 Pageid#: 638



Join | Login | Contact | Donate | Shop | Help

About ⌄　Our Work ⌄　Members ⌄　News & Events ⌄　Exhibitions ⌄

# New AMWA Chapter at the University of Virginia — First Event a Success!

| January 07, 2019



One of the goals for University of Virginia AMWA Chapter's first semester as a chapter was to highlight the micro-aggressions female medical students and providers can face in the workplace, and subsequently equip our classmates with tools to both handle these issues in the moment as well as report them. We approached this in two ways. First, we collected anonymous stories of micro-aggressions/gender harassment from medical students at UVA, and got an amazing, yet terribly sad, volume of responses. We collected all the stories and put up a display in our student lounge so that our classmates could read the responses and reflect on them. Second, we arranged a panel of three incredible female faculty to speak on micro-aggressions and how they handle them in the workplace. Dr. Beverly Adams, a psychology professor from the College of Arts and Sciences opened up our lecture by discussing the history, definitions, and her personal research on micro-aggressions. This was followed by Dr. Nora Kern and Dr. Sara Rasmussen, two powerhouse female surgeons at UVA discussing their personal experiences with gender inequity as healthcare providers. Our event was attended by members of all classes, and caught the attention of our college deans and directors of education, prompting discussion within our administration about harassment and how we can handle it better as an institution. The UVA chapter hopes that publicizing this event will help other chapters hold similar events and prompt discussion nation-wide!

Case 3:19-cv-00054-NKM-JCH Document 33-1 Filed 02/19/20 Page 3 of 6 Pageid#: 639



About ˅    Our Work ˅    Members ˅    News & Events ˅    Exhibitions ˅











Case 3:19-cv-00054-NKM-JCH   Document 33-1   Filed 02/19/20   Page 4 of 6   Pageid#: 640

Join    Login    Contact    Donate    Shop    Help



About ⌄     Our Work ⌄     Members ⌄     News & Events ⌄     Exhibitions ⌄




Health Care Needs Women Physician Leaders

Master of Medical Management (MMM) for Physicians

Scholarships for AMWA Members

105th AMWA Annual Meeting — March 26 – 29, 2020, Indianapolis, IN

**LEARN MORE!**



Find Medical Jobs On

Learn of the past and continuing legacy of AMWA leaders

1/30/2020
New AMWA Chapter at the University of Virginia – First Event a Success! | American Medical Women's Association

Case 3:19-cv-00054-NKM-JCH   Document 33-1   Filed 02/19/20   Page 5 of 6   Pageid#: 641



Join     Login     Contact     Donate     Shop     Help

American Medical Women's Association
The Vision and Voice of Women in Medicine since 1915

About ⌄     Our Work ⌄     Members ⌄     News & Events ⌄     Exhibitions ⌄     🔍

**CONTACT US**

AMWA
1100 E. Woodfield Rd.
Suite 350
Schaumburg, IL 60173

Ph: (847) 517-2801
Email Us



**INFORMATION ABOUT**

 Advocacy

 Initiatives

 American Women's Hospitals Services

 Partnering with AMWA

**AMWA DIVISIONS**

**INFO FOR PREMEDICAL STUDENTS**

Case 3:19-cv-00054-NKM-JCH  Document 33-1  Filed 02/19/20  Page 6 of 6  Pageid#: 642

Join  Login  Contact  Donate  Shop  Help

AMWA

The Vision and Voice of
Women in Medicine
since 1915

American Medical Women's Association

About ⌄    Our Work ⌄    Members ⌄    News & Events ⌄    Exhibitions ⌄    |    🔍

## AMWA BLOG


### Finding Clinical Experience
January 27, 2020


### Having a Productive Winter Break
January 13, 2020


### Developing Resilience as a Premedical Student
January 10, 2020

© 2020 American Medical Women's Association.

