# EXHIBIT 2

Audio recording of AMWA Microaggression Panel Discussion on 25 October, 2018.