CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 21 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, *Plaintiffs*, v. JAMES B. MURRAY, JR., *et al.*, *Defendants*. | CASE NO. 3:19-cv-00054 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on its own motion. Plaintiff's motion to amend their complaint, Dkt. 31, was recently granted, Dkt. 32. Since Plaintiff's first complaint, Dkt. 1, has been superseded by their amended complaint, Dkt. 33, Defendants' motion to dismiss Plaintiffs initial complaint for failure to state a claim and for lack of jurisdiction, Dkt. 18, is **DISMISSED AS MOOT**.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 21st day of February, 2020.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE