# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| JAMES B. MURRAY, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RULE 12(B)(6) MOTION TO
## DISMISS FIRST AMENDED COMPLAINT

Defendants, James B. Murray, Jr., Whittington W. Clement, Robert M. Blue, Mark T. Bowles, L.D. Britt, Frank M. Conner, III, Elizabeth M. Cranwell, Thomas A. Depasquale, Barbara J. Fried, John A. Griffin, Louis S. Haddad, Robert D. Hardie, Maurice A. Jones, Babur B. Lateef, Angela Hucles Mangano, C. Evans Poston, Jr., James V. Reyes, Peter C. Brunjes, Timothy Longo Sr., Melissa Fielding, John J. Densmore, Jim B. Tucker, Christine Peterson, Nora Kern, and Sara K. Rasmussen, by counsel, respectfully move this Court to grant its Motion to Dismiss with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The accompanying memorandum in support sets forth Defendants' request for relief.

A proposed Order is attached for this Court's consideration.

Respectfully submitted,

JAMES B. MURRAY, JR., WHITTINGTON W. CLEMENT, ROBERT M. BLUE, MARK T. BOWLES L.D. BRITT, FRANK M. CONNER III, ELIZAETH M. CRANWELL, THOMAS A. DEPASQUALE, BARBARA J. FRIED, JOHN A. GRIFFIN, LOUIS S. HADDAD, ROBERT D. HARDIE, MAURICE A. JONES, BABUR B. LATEEF, ANGELA HUCLES MANGANO, C. EVANS POSTON JR., JAMES V. REYES, PETER C. BRUNJES, TIMOTHY LONGO SR., MELISSA FIELDING, JOHN J. DENSMORE, JIM B. TUCKER, CHRISTINE PETERSON, NORA KERN, and SARA K. RASMUSSEN

MARK R. HERRING
Attorney General of Virginia

SAMUEL T. TOWELL
Deputy Attorney General

MARSHALL H. ROSS
Senior Assistant Attorney General

      /s/ Madeline M. Gibson
Madeline M. Gibson (VSB No. 87561)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0551
Facsimile: (804) 371-2087
mgibson@oag.state.va.us

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that a notice of electronic filing will be delivered via the CM/ECF system to all counsel of record.

*/s/ Madeline M. Gibson*
Madeline M. Gibson (VSB No. 87561)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0551
Facsimile: (804) 371-2087
mgibson@oag.state.va.us

*Counsel for Defendants*