# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Kieran Ravi Bhattacharya**

vs.

**James B. Murray, Jr., et al**

Action No:   3:19CV54
Date:   6/24/2020
Judge:   Norman K. Moon
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)
Michael Lockerby
Jack Haake

Defendant Attorney(s)
Madeline Gibson
Calvin Brown

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

DEFENDANT:

1.

PROCEEDINGS:
TELEPHONIC MOTION HEARING   [112] Motion to Dismiss 11:00-12:58= 1 hr 58 min

Parties present through counsel for telephonic motion hearing. Plaintiff on call.

Ms. Gibson argues Motion to Dismiss.

Mr. Michael Lockerby responds.

Remarks by Court.

Defense responds.

Further remarks.

Order will issue.