# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, *Plaintiff,* v. JAMES B. MURRAY, JR., *et al.*, *Defendants.* | CASE NO. 3:19-cv-00054 ORDER JUDGE NORMAN K. MOON |

Defendants' motion to dismiss Plaintiff Kieran Ravi Bhattacharya's amended complaint is before the Court. Dkt. 112.

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS IN PART** and **DENIES IN PART** Defendants' motion to dismiss, Dkt. 112. The Court **GRANTS** Defendants' motion to dismiss Counts II, III, and IV and **DISMISSES** Counts II, III, and IV with prejudice. The Court **DENIES** Defendants' motion to dismiss Count I.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

ENTERED this  31st  day of March, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE