# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Kieran Ravi Bhattacharya**

vs.

**James B. Murray, Jr., et al**

Action No:   3:19cv00054

Date:   4/6/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Michael Lockerby | Madeline Gibson |
| Jack Haake | Calvin Brown |

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing / Status Conference / Scheduling Conference

#124 – Plaintiff's Motion to Lift Discovery Stay and Issue New Discovery Schedule

Mr. Lockerby states stay is no longer necessary
Ms. Gibson agrees stay can now be lifted and discovery can continue
Court grants motion to lift stay
Parties to contact Heidi Wheeler for trial dates, parties anticipate 3 days needed
Parties to have status conference in 30 days

Time in court: 9:04 -9:14=10 min