IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| KIERAN RAVI BHATTACHARYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:19-CV-00054-NKM-JCH |
| ) | |
| JAMES B. MURRAY, JR., *et al.*, ) | |
| ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

COMES NOW undersigned counsel, Jack G. Haake, for the Plaintiff, Kieran Ravi Bhattacharya ("Bhattacharya"). While this case is pending, Mr. Haake respectfully moves to withdraw as counsel pursuant to Local Rule 6(i) for the following reasons:

1. The law firm of Foley & Lardner LLP has been engaged by Bhattacharya to represent him in this case.

2. Undersigned counsel, Jack G. Haake, is leaving Foley & Lardner LLP on May 14, 2021 to pursue legal employment elsewhere.

3. Lead counsel, Mr. Michael J. Lockerby, also of Foley & Lardner LLP, who is admitted in this Court, will continue to represent Bhattacharya in this case.

4. In this context, Mr. Haake respectfully moves to withdraw as counsel for Plaintiff in this case.

Date:  May 11, 2021

                                      Respectfully submitted,

                                      KIERAN RAVI BHATTACHARYA

                                      By: *s/ Jack G. Haake*

                                      Jack G. Haake (VSB No. 87590)
                                      FOLEY & LARDNER LLP
                                      Washington Harbour
                                      3000 K Street, N.W., Suite 600
                                      Washington, D.C. 20007-5109
                                      Telephone: (202) 672-5300
                                      Facsimile: (202) 672-5399
                                      Email: jhaake@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021, I caused the foregoing to be served via the Court's CM/ECF system on all counsel of record for Defendants.

By: *s/ Jack G. Haake*
Jack G. Haake (VSB No. 87590)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: jhaake@foley.com