IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Kieran Ravi Bhattacharya, ) | | |
|     Plaintiff, ) | | Civil Action No. 3:19cv00054 |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| James B. Murray, et al., ) | | By:    Joel C. Hoppe |
|     Defendants. ) | | United States Magistrate Judge |

Before the Court is Plaintiff's Motion for One-Week Extension of Deadline to Amend Complaint. ECF No. 146. Plaintiff "seeks a one-week extension—until June 10, 2021—of the deadline for amending his complaint set forth in the Pretrial Order." *Id.* Defendants oppose the motion. They note that the Pretrial Order, ECF No. 139, requires that any motion to amend the pleadings must be filed within forty-five (45) days of entry of the Pretrial Order, except for good cause shown. ECF No. 147. Additionally, the "court shall consider a party's motion to amend pleadings in accordance with Rule 15 of the Federal Rules of Civil Procedure." ECF No. 139 at 5. Defendants do not oppose allowing Plaintiff an additional week to file a motion seeking leave to file an amended complaint.

Defendants' reading of the Pretrial Order is correct. The Pretrial Order establishes a deadline for a party to seek leave to amend a pleading, not an automatic right to amend. Having considering Plaintiff's motion, the court finds that it sets forth good cause to extend the deadline to file a motion to amend. *See* Fed. R. Civ. P. 16(b)(4). Accordingly, Plaintiff's motion is hereby GRANTED, and the time for Plaintiff to file a motion for leave to amend his amended complaint is extended to June 10, 2021.

The court will evaluate any motion for leave to amend a pleading under Rule 15.

It is so ORDERED.

ENTERED: June 9, 2021

Joel C. Hoppe
United States Magistrate Judge