# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, | CASE NO. 3:19-cv-00054 |
| *Plaintiff,* | |
| v. | ORDER |
| JAMES B. MURRAY, JR., *et al.*, | |
| | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Plaintiff Kieran Ravi Bhattacharya moves for leave to file a second amended complaint. Dkt. 149. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court refers this motion to U.S. Magistrate Judge Joel C. Hoppe for a Report & Recommendation, and to conduct any proceedings in aid thereof.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

ENTERED this   21st   day of July, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE