IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION TO SEAL EXHIBIT 1 TO REGION TEN COMMUNITY SERVICES BOARD'S MOTION TO QUASH SUBPOENA DUCES TECUM AND TO <u>FILE OPPOSITION UNDER SEAL</u>**

Defendants, by and through their undersigned counsel, hereby move the Court to seal Exhibit 1 to Region Ten Community Services Board's Motion to Quash Subpoena Duces Tecum (ECF No. 158-1) and to file their Opposition to Region Ten Community Services Board's Motion to Quash Subpoena Duces Tecum under seal pursuant to Local Rule 9 and 42 C.F.R. § 2.64(a). In support of this Motion, Defendants refer to and incorporate the accompanying Memorandum in Support of this Motion.

Dated: August 12, 2021

MARK R. HERRING
Attorney General of Virginia

SAMUEL T. TOWELL
Deputy Attorney General

MARSHALL H. ROSS
Senior Assistant Attorney General/
Trial Section Chief

Respectfully submitted,

*/s/ Brittany A. McGill*

Brittany A. McGill (VSB No. 92401)
Madeline M. Gibson (VSB No. 87561)
Calvin C. Brown (VSB No. 93192)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219

        Telephone:  (804) 786-0082
        Facsimile:   (804) 371-2087
        bmcgill@oag.state.va.us
        mgibson@oag.state.va.us
        cbrown@oag.state.va.us
        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will deliver a notice of electronic filing to all counsel of record in this case.

        */s/ Brittany A. McGill*
        Brittany A. McGill (VSB No. 92401)
        Assistant Attorney General
        Office of the Virginia Attorney General
        202 North 9th Street
        Richmond, Virginia 23219
        Telephone:  (804) 786-0082
        Facsimile:   (804) 371-2087
        Email: bmcgill@oag.state.va.us

        *Counsel for Defendants*