IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| | ) |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION TO SEAL EXHIBITS TO PLAINTIFF'S MOTIONS TO QUASH AND TO FILE OPPOSITION UNDER SEAL**

Defendants, by and through their undersigned counsel, hereby move the Court to seal the Exhibits to Plaintiff's Motions to Quash (ECF Nos. 159-1 and 161-1) and to file their Opposition to Plaintiff's Motions to Quash under seal pursuant to Local Rule 9 and 42 C.F.R. § 2.64(a). In support of this Motion, Defendants refer to and incorporate the accompanying Memorandum in Support of this Motion.

Dated: August 17, 2021

MARK R. HERRING
Attorney General of Virginia

SAMUEL T. TOWELL
Deputy Attorney General

MARSHALL H. ROSS
Senior Assistant Attorney General/
Trial Section Chief

Respectfully submitted,

*/s/ Brittany A. McGill*

Brittany A. McGill (VSB No. 92401)
Madeline M. Gibson (VSB No. 87561)
Calvin C. Brown (VSB No. 93192)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-0082
Facsimile:   (804) 371-2087
bmcgill@oag.state.va.us

mgibson@oag.state.va.us  
cbrown@oag.state.va.us  
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will deliver a notice of electronic filing to all counsel of record in this case.

*/s/ Brittany A. McGill*  
Brittany A. McGill (VSB No. 92401)  
Assistant Attorney General  
Office of the Virginia Attorney General  
202 North 9th Street  
Richmond, Virginia 23219  
Telephone: (804) 786-0082  
Facsimile: (804) 371-2087  
Email: bmcgill@oag.state.va.us  
*Counsel for Defendants*