**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:19-CV-54-NKM-JCH** |
| | ) | |
| | ) | |
| **JAMES B. MURRAY, JR., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>NOTICE OF PRESENTATION OF SEALING ORDER</u>

Notice is hereby given that on or after August 17, 2021, at the United States District Court for the Western District of Virginia, Charlottesville Division, 255 West Main Street, Room 304, Charlottesville, Virginia, 22902, Defendants will present for consideration by the Court a Motion to Exhibits to Plaintiff's Motions to Quash and to File Opposition Under Seal. The Clerk is requested to docket this in a manner that discloses its nature as a Motion to Seal.

Dated: August 17, 2021

Respectfully submitted,

*/s/ Brittany A. McGill*

Brittany A. McGill (VSB No. 92401)
Madeline M. Gibson (VSB No. 87561)
Calvin C. Brown (VSB No. 93192)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-0082
Facsimile: (804) 371-2087
bmcgill@oag.state.va.us
mgibson@oag.state.va.us

MARK R. HERRING
Attorney General of Virginia

SAMUEL T. TOWELL
Deputy Attorney General

MARSHALL H. ROSS
Senior Assistant Attorney General/
Trial Section Chief

cbrown@oag.state.va.us
*Counsel for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will deliver a notice of electronic filing to all counsel of record in this case.

*/s/ Brittany A. McGill*
Brittany A. McGill (VSB No. 92401)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-0082
Facsimile:  (804) 371-2087
Email: bmcgill@oag.state.va.us

*Counsel for Defendants*

3