IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Kieran Ravi Bhattacharya, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:19cv00054 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| James B. Murray, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

Before the Court are Defendants' motions to seal. ECF Nos. 163, 166. Defendants ask to seal subpoenas that they issued to Plaintiff's medical providers, which have been attached as exhibits, ECF Nos. 158-1, 159-1, 161-1, to motions to quash filed by Plaintiff and a non-party, and Defendants' responses to those motions.

Although the subpoenas seek medical information that, if it exists, may be sensitive and protected, the subpoenas themselves do not contain that information or discuss it any detail. Moreover, Plaintiff—the subject of the subpoenas—filed two of the subpoenas as exhibits. Thus, grounds do not exist to seal the subpoenas. Additionally, Defendants' briefs reference Plaintiff's medical information only generally, and then "on information and belief." The briefs do not cite specific communications between a patient and medical provider, particular diagnosis or course of treatment, or specific details of other sensitive medical information.

Accordingly, the motions to seal are hereby DENIED.

The Clerk shall temporarily file Defendants' briefs and materials under seal for three days. During that period, Defendants may request to withdraw those filings if they do not want them to be available for public viewing upon expiration of the temporary sealing period.

It is so ORDERED.

ENTERED: August 18, 2021

Joel C. Hoppe
United States Magistrate Judge

2