# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Kieran Ravi Bhattacharya**

vs.

**James B. Murray, Jr., et al**

Action No:   3:19cv54

Date:   8/23/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

**Michael J. Lockerby**

Defendant Attorney(s)

**Madeline Markelz Gibson**
**Calvin Cameron Brown**

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing:

Doc #149 – Motion for Leave to File Second Amended Complaint

Argument by counsel to amend complaint
Court to issue R&R

Parties argues over discovery dispute
Court orders plaintiff to turn over all social media posts


Time in court: 1 hour 34 minutes