IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA,         ) | |
| )                                                                                                                    | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | 3:19-CV-00054-NKM-JCH |
| ) | |
| JAMES B. MURRAY JR., *et al*,         ) | |
| ) | |
| Defendants.         ) | |
| ) | |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 6(i), Madeline M. Gibson respectfully requests that this Court permit her to withdraw as counsel of record for Defendants in this matter.  Ms. Gibson has accepted employment outside the Office of the Attorney General and therefore will no longer be able to represent Defendants.  A proposed Order granting this Motion is attached for the Court's consideration.

Respectfully submitted,

*/s/ Madeline M. Gibson*
Madeline M. Gibson (VSB No. 87561)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0551
Facsimile: (804) 371-2087
Email: mgibson@oag.state.va.us

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Madeline M. Gibson*
Madeline M. Gibson (VSB No.87561)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-0977
Facsimile: (804) 371-2087
Email: mgibson@oag.state.va.us

*Counsel for Defendants*