IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| KIERAN RAVI BHATTACHARYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:19-CV-00054-NKM-JCH |
| | ) | |
| JAMES B. MURRAY JR., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT SARA K. RASMUSSEN

Assistant Attorney General Calvin C. Brown respectfully requests that this Court permit him to withdraw as counsel of record for Defendant Sara K. Rasmussen in this matter. Defendant Sara K. Rasmussen will continue to be represented by her new counsel Harry Robert Yates, III. A proposed Order granting this Motion is attached for the Court's consideration.

Respectfully submitted,

*/s/ Calvin C. Brown*
Calvin C. Brown (VSB No. 93192)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4933
Facsimile: (804) 371-2087
Email: cbrown@oag.state.va.us

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Calvin C. Brown*
Calvin C. Brown (VSB No. 93192)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4933
Facsimile: (804) 371-2087
Email: cbrown@oag.state.va.us

*Counsel for Defendants*