IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION TO FILE UNDER SEAL
OPPOSITION TO PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM**

Defendants, by and through their undersigned counsel, hereby move the Court to file their Opposition to Plaintiff's Motion to Quash the Subpoena to the West Alabama Boys and Girls Club (ECF No. 218) and Exhibit A to this Opposition under seal pursuant to Local Rule 9 and the Stipulated Protective Order (ECF No. 150).

1. Defendants' Opposition to Plaintiff's Motion to Quash includes a record about Plaintiff from the University of Alabama and also includes this record as Exhibit A. Defendants include this record from the University of Alabama to demonstrate the relevance of the subpoena duces tecum issued to the West Alabama Boys and Girls Club (ECF No.218-1).

2. The University of Alabama produced Plaintiff's records in response to a subpoena duces tecum and noted in a transmittal e-mail that these records contain highly sensitive information. Ex. A. These records may be considered education records under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, 34 C.F.R. Part 99.

3. In accordance with the Stipulated Protective Order (ECF No. 150), Defendants would like to honor the University of Alabama's designation of these records as containing highly sensitive information. Accordingly, Defendants move to file their Opposition to Plaintiff's Motion to Quash and Exhibit A to this Opposition under seal.

For these aforementioned reasons, Defendants respectfully request that the Court grant this Motion to File the Defendants' Opposition to the Motion to Quash and Exhibit A to this Opposition under seal.

Dated: November 8, 2021

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Farnaz F. Thompson*
Farnaz F. Thompson (VSB No. 75982)
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone:  (202) 857-2488
Facsimile:   (202) 828-3358
fthompson@mcguirewoods.com

Jonathan T. Blank (VSB No. 38487)
Micah Block Schwartz (VSB No. 77299)
323 2nd Street SE, Suite 700
Charlottesville, VA 22902
Telephone: (434) 977-2500
Facsimile:  (434) 980-2222
jblank@mcguirewoods.com
mschwartz@mcguirewoods.com

Evan Tucker (VSB No. 95042)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
etucker@mcguirewoods.com

*Counsel for Defendants James B. Murray, Jr., Whittington W. Clement, Robert M. Blue, Mark T. Bowles, L.D. Britt, Frank M. Conner III, Elizabeth M. Cranwell, Thomas A. Depasquale, Barbara J. Fried, John A. Griffin, Louis S. Haddad, Robert D. Hardie, Maurice A. Jones, Babur B. Lateef, Angela Hucles Mangano, C. Evans Poston Jr., James V. Reyes, Peter C. Brunjes, Timothy Longo Sr., Melissa Fielding, John J. Densmore, Jim B. Tucker, Christine Peterson, and Nora Kern*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that a notice of electronic filing will be delivered via the CM/ECF system to all counsel of record.

                        /s/ Farnaz F. Thompson
                        Farnaz F. Thompson

*Counsel for Defendants James B. Murray, Jr., Whittington W. Clement, Robert M. Blue, Mark T. Bowles, L.D. Britt, Frank M. Conner III, Elizabeth M. Cranwell, Thomas A. Depasquale, Barbara J. Fried, John A. Griffin, Louis S. Haddad, Robert D. Hardie, Maurice A. Jones, Babur B. Lateef, Angela Hucles Mangano, C. Evans Poston Jr., James V. Reyes, Peter C. Brunjes, Timothy Longo Sr., Melissa Fielding, John J. Densmore, Jim B. Tucker, Christine Peterson, and Nora Kern*