IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Kieran Ravi Bhattacharya, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:19cv00054 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| James B. Murray, et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) |        United States Magistrate Judge |

This matter is before the Court on Defendants' Joint Motion to Compel. ECF No. 226. The motion has been fully briefed, ECF Nos. 227, 228, 236, 239, 242, and the Court held a hearing on November 19, 2021.

Having considered the parties' arguments and for the reasons stated on the record, the motion is hereby GRANTED as follows:

1. No later than November 23, 2021, Plaintiff shall file requests, pursuant to Va. Code § 37.2-818, with the Charlottesville General District Court and the Petersburg General District Court for those court's complete files, including all records, reports, dispositional orders, recordings, and omitting nothing, relating to involuntary commitment proceedings for Plaintiff in November 2018. Plaintiff shall request two copies of the recording of the involuntary commitment hearing held on November 21, 2018.

2. Within three days of receiving the above information, Plaintiff shall produce it to Defendants under the Protective Order.

It is so ORDERED.

ENTERED: November 19, 2021

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge