Exhibit A



SCHOOL OF MEDICINE
*Office for Student Affairs*

23 November 2018

To Whom It May Concern:

I am writing this letter in support of Angel Hsu's request for legal protection from the aggressive behavior of her former boyfriend, Kieran Bhattacharya. Ms. Hsu is a third-year medical student at the University of Virginia School of Medicine. I am her Student Affairs Dean and have known her since she matriculated in August 2016.

Ms. Hsu and I have met numerous times since she enrolled in medical school. Most of our conversations have centered on her academic progress and her plans for her future career as a physician. She is an outstanding student and all career paths are open to her. At times in our conversations, her relationship with Mr. Bhattacharya came up, as the possibility of marriage and a family to go the r had implications for her career plans and pathway. For example, we discussed how she could pursue a year of research or other academic activities so that her graduation would then coincide with that of Mr. Bhattacharya, who was on schedule to graduate a year later than she would. This would enable them to enter the "Couples' Match" for their specialty residency programs.

Recently, however, Mr. Bhattacharya's behavior became problematic, both in public and in their private lives. On October 25, I witnessed his inappropriate and aggressive questioning of a guest speaker on a panel for an extracurricular program. Subsequently, Ms. Hsu asked to meet with me to talk about how concerned she was that his bipolar illness was no longer well-controlled by treatment. It was her observation that he seemed to have stopped taking his medication and was no longer meeting with his psychiatrist. She recounted other behaviors associated with mania (very rapid speech that at times was non-sensical; statements that he thought neighbors, the FBI and the CIA were pursuing him; dashing outdoors in very cold conditions without outerwear), and the expressed concerns of neighbors and friends. These behaviors led to her breaking up with him because of the adverse impact those behaviors were having on her own well-being.

Following the break-up his agitation increased and thus her concerns for her safety. She did not report to me any direct threats or actions against herself, but she did tell me of one instance when he mistreated a pet, which alarmed me greatly. She also said "You know that I always show up for class, so if I don't, you'll know something happened."

PO BOX 800739 ? CHARLOTTESVILLE, VA 22908 -0739 ? PHONE (434) 924 -5579 ? FAX (434) 982 -4073
http://www.med-ed.virgin ia.edu

Confidential

UVA00003371

As Mr. Bhattacharya's condition deteriorated, resulting in detention by police and two ECO stays in a psychiatric unit, her concern for her safety has escalated. *She is extremely concerned that if he is released again, he will seek her out and cause her harm.* During his current hospitalization, he has continued to communicate with her in ways that feel blaming and intimidating. Mr. Bhattacharya has also communicated with a Student Affairs administrator at the School of Medicine about his intent to pursue retaliation for their contributions to his recent involuntary hospitalization.

Ms. Hsu and I have communicated at length about her options for moving out of the apartment she shared with Mr. Bhattacharya. The UVa Office of the Dean of Students is seeking temporary housing for her if she needs it on an emergent basis. She is also concerned that friends and pets associated with her efforts to get away from him are also at risk, which makes her reluctant to stay with, and thus potentially endanger, them.

I fully support her request for legal protection from Mr. Bhattacharya's aggressive behavior towards her. I believe that her concerns that he might cause her harm are warranted and credible. She deserves to have this pervasive and disruptive worry relieved by legal measures assuring that he cannot contact her in any way.

Thank you for your attention to this serious matter.

Sincerely,

*Christine M. Peterson MD*

Christine M. Peterson MD
Associate Professor of Obstetrics and Gynecology
Assistant Dean for Medical Education and Student Affairs
University of Virginia School of Medicine

Confidential

UVA00003372