# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:19-CV-00054-NKM-JCH |
| | ) |
| JAMES B. MURRAY, JR., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER comes before the Court on Plaintiff's Motion to Seal Exhibits 2, 10, 11, 12, 13, 14, 25, 26, 27, and 28 to Plaintiff's Reply to the UVA Defendants' Opposition to Plaintiff's Spoliation Remediation Motion.

Upon consideration of Plaintiff's Motion, the Court hereby DIRECTS the Clerk to seal Exhibits 2, 10, 11, 12, 13, 14, 25, 26, 27, and 28.

**IT IS SO ORDERED**

ENTERED this 25th day of February, 2022.

*/s/ Joel C. Hoppe*

**Honorable Joel C. Hoppe**
United States Magistrate Judge

1

We ask for this:

*s/*  _____
Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: mlockerby@foley.com

*Counsel for Plaintiff, Kieran Ravi Bhattacharya*

4880-6469-8897.1