IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| KIERAN RAVI BHATTACHARYA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 3:19-CV-00054-NKM-JCH |
| | ) |
| JAMES B. MURRAY, JR., et. al., | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER comes before the Court on Plaintiff's Motion to Seal the November 14, 2018, November 19, 2018, and November 28, 2018 video recordings referenced in Plaintiff's Reply to the UVA Defendants' Opposition to Plaintiff's Spoliation Remediation Motion.

Upon consideration of Plaintiff's Motion, the Court hereby DIRECTS the Clerk to seal the video recordings.

**IT IS SO ORDERED**

ENTERED this 25th day of February, 2022.

_____
**Honorable Joel C. Hoppe**
United States Magistrate Judge

1

We ask for this:


s/ _____
Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: mlockerby@foley.com

*Counsel for Plaintiff, Kieran Ravi Bhattacharya*

2