IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| KIERAN RAVI BHATTACHARYA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES B. MURRAY, JR., et. al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No.: 3:19-CV-00054-NKM-JCH |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER comes before the Court on Plaintiff's Motion to Seal Exhibits 2 and 3 to Plaintiff's Reply to Dr. Rasmussen's Opposition to Plaintiff's Spoliation Remediation Motion.

Upon consideration of Plaintiff's Motion, the Court hereby DIRECTS the Clerk to seal ECF Nos. [X].

**IT IS SO ORDERED**

ENTERED this 11th day of March, 2022 ~~day of February, 2022~~

_____
**Honorable Joel C. Hoppe**
United States Magistrate Judge

1

4857-7602-3311.1

We ask for this:

*s/*  _____
Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: mlockerby@foley.com

*Counsel for Plaintiff, Kieran Ravi Bhattacharya*