IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| | ) |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

THIS MATTER comes before the Court on Defendants' Motion for Leave to File Under Seal their Answer to Plaintiff's Second Amended Complaint ("Answer") pursuant to Local Rule 9 and the Stipulated Protective Order (ECF No. 150). ECF No. 348. Upon due consideration, the Court finds that filing under seal is necessary to comply with the Stipulated Protective Order (ECF No. 150). Additionally, the Court finds that there is no alternative other than filing under seal that will protect such information from disclosure to the public. Accordingly, the Court GRANTS the Motion to Seal. ECF No. 348.

The Court hereby DIRECTS the Clerk to file Defendants' Answer, under seal.

Furthermore, the Court DIRECTS Defendants to file publicly within seven (7) days their Answer with redactions of protected information.

It is SO ORDERED.

ENTERED: April 13, 2022

*/s/ Joel C. Hoppe*

The Honorable Joel C. Hoppe
United States Magistrate Judge