# EXHIBIT B

to

PLAINTIFF'S OPPOSITION TO

THE UVA DEFENDANTS' MOTION FOR PROTECTIVE ORDER

**From:** Fleming, Eric S. <EFleming@mcguirewoods.com>
**Sent:** Monday, April 18, 2022 8:31 PM
**To:** Lockerby, Michael J. <MLockerby@foley.com>; Robert Yates <RYates@ohaganmeyer.com>; C. Quinn Adams <CAdams@ohaganmeyer.com>
**Cc:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>; Howard, Brandi G. <BHoward@mcguirewoods.com>
**Subject:** Bhattacharya v. Murray: Responses and Objections to 4th Discovery Requests (RFAs)

### ** EXTERNAL EMAIL MESSAGE **

Dear counsel,

On behalf of Farnaz Thompson, please find attached Defendants' Objections and Responses to Plaintiff's 4th Discovery Requests, specifically the responses to Requests for Admission Nos. 134 through 196. Defendants will supplement with their objections and responses to the relevant Requests for Production and Interrogatories by the end of this week. Best regards,

**Eric S. Fleming**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1806
M: +1 757 353 0510
F:  +1 804 698 2306
efleming@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



Food & Product Labeling Emergency Hotline: labelinghotline@mcguirewoods.com and +1 804 775 7878

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

For a good part of the day, I will be in transit between Richmond and Northern Virginia in connection with a hearing in Fairfax County Circuit Court.  For a period of time in the afternoon, I will have no cell phone or email access but hope to be available by 3:30 p.m.  When I do become available, I will unfortunately be available only by cell phone.

In closing, I apologize for having to bring this matter before the Court on such short notice.

**Michael J. Lockerby**
*Partner*

**Foley & Lardner LLP**
3000 K Street, N.W., Suite 600, Washington, DC 20007-5109
Phone 202.945.6079 | Cell 804.399.6089
View My Bio | Visit Foley.com | mlockerby@foley.com



**From:** ecfnoticing@vawd.uscourts.gov <ecfnoticing@vawd.uscourts.gov>
**Sent:** Wednesday, April 13, 2022 3:28 PM
**To:** vawd_ecf_nef@vawd.uscourts.gov
**Subject:** Activity in Case 3:19-cv-00054-NKM-JCH Bhattacharya v. Murray, Jr., et al Order to Respond

**\*\* EXTERNAL EMAIL MESSAGE \*\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered on 4/13/2022 at 3:28 PM EDT and filed on 4/13/2022

| | |
|---|---|
| **Case Name:** | Bhattacharya v. Murray, Jr., et al |
| **Case Number:** | 3:19-cv-00054-NKM-JCH |
| **Filer:** | |
| **Document Number:** | 358(No document attached) |

**Docket Text:**
**ORAL ORDER: Plaintiff shall respond to Defendants' motion for protective order, ECF No. 344, no later than April 19, 2022. Defendants may file a reply no later than April 22, 2022. Entered by Magistrate Judge Joel C. Hoppe on 04/13/2022.** *This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*(dg)

**3:19-cv-00054-NKM-JCH Notice has been electronically mailed to:**

Michael J. Lockerby    mlockerby@foley.com

Harry Robert Yates, III    ryates@ohaganmeyer.com, gspringston@ohaganmeyer.com, mbatten@ohaganmeyer.com, mwheeler@ohaganmeyer.com

Melissa Wolf Riley    mwriley@virginia.edu, bconley@virginia.edu

Jonathan Todd Blank    jblank@mcguirewoods.com, babel@mcguirewoods.com, rfitzgerald@mcguirewoods.com

Farnaz Farkish Thompson    fthompson@mcguirewoods.com, farnazfthompson@gmail.com

Micah Block Schwartz    mschwartz@mcguirewoods.com, ecarreras@mcguirewoods.com, mdugan@mcguirewoods.com, mfleming@mcguirewoods.com, nvonbargen@mcguirewoods.com

Christopher Quinn Adams    cadams@ohaganmeyer.com, skines@ohaganmeyer.com

Shannon Aileen Temlak    sat@fplegal.com

Evan Tucker    etucker@mcguirewoods.com

Brandi G. Howard    bhoward@mcguirewoods.com

Michael Brody    mbrody@mcguirewoods.com

Alicia Marie Penn    apenn@mcguirewoods.com, MSaad@mcguirewoods.com

Brandon Christopher Marx    bmarx@foley.com

Steven Lockhart    slockhart@foley.com, bhodges@foley.com

James G. Munisteri    jmunisteri@foley.com, docketflow@foley.com, james-munisteri-0085@ecf.pacerpro.com

| | |
|---|---|
| John Melko | jmelko@foley.com, john-melko-2781@ecf.pacerpro.com, rdiep@foley.com |
| Robert Thomas Slovak | rslovak@foley.com |
| James Compton | jcompton@mcguirewoods.com |

**3:19-cv-00054-NKM-JCH Notice has been delivered by other means to:**

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.