UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA | ) |
| Plaintiff, | ) |
| v. | ) |
| JAMES B. MURRAY, JR., et. al., | ) Civil Action No.: 3:19-CV-00054 |
| Defendants. | ) |

**MOTION TO SEAL EXHIBITS C, D, E, J, K, M, AND N TO
PLAINTIFF'S OPPOSITION TO
THE UVA DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Plaintiff Kieran Ravi Bhattacharya ("Mr. Bhattacharya"), by counsel, respectfully moves to seal Exhibits C, D, E, J, K, M, and N to Plaintiff's Opposition to the UVA Defendants' Motion for Protective Order (Dkt. #368). These exhibits, some of which were subpoenaed from current or former students at UVA Med School, have been or potentially could be designated as confidential pursuant to the Stipulated Protective Order entered in this matter (Dkt #150), which by its terms limits access to highly confidential documents to attorneys, attorneys' clerical employees and support staff, experts, witnesses, court personnel or others only upon two-party consent. *See* Stipulated Protective Order (Dkt #150) at 8-9. Sealing is requested indefinitely, due to the sensitive nature of these exhibits and the requirements of the Stipulated Protective Order entered by this Court.

Date:  April 20, 2022              Respectfully submitted,

                                            KIERAN RAVI BHATTACHARYA

By:    *s/ Michael J. Lockerby*
               Counsel

        Michael J. Lockerby (VSB No. 24003)
        FOLEY & LARDNER LLP
        Washington Harbour
        3000 K Street, N.W., Suite 600
        Washington, D.C. 20007-5109
        Telephone:  (202) 672-5300
        Facsimile:  (202) 672-5399
        Email:  mlockerby@foley.com

        Steven C. Lockhart (admitted *pro hac vice*)
        Robert T. Slovak (admitted *pro hac vice*)
        Brandon C. Marx (admitted *pro hac vice*)
        FOLEY & LARDNER LLP
        2021 McKinney Avenue, Suite 1600
        Dallas, Texas 75201
        Telephone: (214) 999-3000
        Facsimile: (214) 999-4667
        E-mail:  slockhart@foley.com
        E-mail:  rslovak@foley.com
        E-mail:  bmarx@foley.com

        John P. Melko (admitted *pro hac vice*)
        James G. Munisteri (admitted *pro hac vice*)
        FOLEY & LARDNER LLP
        1000 Louisiana Street, Suite 2000
        Houston, Texas 77002
        Telephone: (713) 276-5500
        Facsimile: (713) 276-5555
        Email:  jmelko@foley.com
        E-mail:  jmunisteri@foley.com

        *Counsel for Plaintiff, Kieran Ravi Bhattacharya*