# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| **Defendants.** | ) |

## **ORDER**

THIS MATTER comes before the Court on Defendants' motion to seal their response brief and Exhibits 1 through 4. ECF No. 378. Upon due consideration, the Court finds that filing under seal is necessary to comply with the Stipulated Protective Order (ECF No. 150). Additionally, the Court finds that no alternative exists other than filing under seal that will protect such information from disclosure to the public. Accordingly, the Court GRANTS the Motion to Seal.

The Court hereby DIRECTS the Clerk to file under seal Defendants' response brief and Exhibits 1 through 4. Defendants are DIRECTED to file on the public docket a version of their response brief with redactions of Plaintiff's highly sensitive health information.

It is SO ORDERED.

ENTERED: April 21, 2022

_/s/ Joel C. Hoppe_
The Honorable Joel C. Hoppe
United States Magistrate Judge