IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| | ) |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion to File Under Seal Exhibits D, H, I, L, and M to Defendants' Response to Plaintiff's Appeal of Magistrate Judge Hoppe's Order on Plaintiff's Motion to Remediate Spoliation of Evidence pursuant to Local Rule 9 and the Stipulated Protective Order (ECF No. 150). Upon due consideration, the Court finds that filing under seal is necessary to comply with the Stipulated Protective Order (ECF No. 150). Additionally, the Court finds that there is no alternative other than filing under seal that will protect such information from disclosure to the public. Accordingly, the Court GRANTS the Motion to Seal. ECF No. 433.

The Court hereby DIRECTS the Clerk to file Exhibits D, H, I, L, and M to Defendants' Response to Plaintiff's Appeal of Magistrate Judge Hoppe's Order on Plaintiff's Motion to Remediate Spoliation of Evidence under seal.

It is SO ORDERED.

ENTERED: June 10, 2022

_____
The Honorable Joel C. Hoppe
United States Magistrate Judge