IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

THIS MATTER comes before the Court on Defendant Dr. Sara K. Rasmussen's Motion to File Items Under Seal pursuant to Local Rule 9 and the Stipulated Protective Order (ECF No. 150). ECF No. 438. Upon due consideration, the Court finds that filing under seal is necessary to comply with the Stipulated Protective Order. Additionally, the Court finds that there is no alternative other than filing under seal that will protect such information from disclosure to the public. Accordingly, the Court GRANTS the Motion to Seal. ECF No. 438.

The Court hereby DIRECTS the Clerk to file Dr. Rasmussen's Memorandum in Support of her Motion for Summary Judgment, and Exhibits 2, 3, and 4 thereto, under seal. Furthermore, within seven (7) days, Dr. Rasmussen shall file on the public docket a copy of her Memorandum in Support of her Motion for Summary Judgment that redacts Plaintiff's sensitive, non-public health information.

It is SO ORDERED.

ENTERED: June 14, 2022

*signature*

The Honorable Joel C. Hoppe
United States Magistrate Judge