# Defendants' Memorandum in Support of Motion for Summary Judgment
# FILED UNDER SEAL