# Exhibits DX1 – DX95
# FILED UNDER SEAL