IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **KIERAN RAVI BHATTACHARYA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:19-CV-54-NKM-JCH |
| | ) |
| | ) |
| **JAMES B. MURRAY, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER REGARDING**
**DEFENDANTS' SUPPLEMENTAL MOTION TO SEAL**

Presently before the Court is Defendants' Supplemental Motion to Seal. ECF No. 458. On June 16, 2022, the Court ordered Defendants to submit this Motion in order to identify information that should be redacted from the Memorandum supporting their Motion for Summary Judgment and to identify any supporting exhibits containing private medical or educational information that should be maintained under seal.  *See* Order, ECF No. 447.  The Court also ordered Defendants to move to seal any other exhibits that they thought should be protected from disclosure. *Id.* Defendants submitted their required motion on June 21, 2022, in which they identified documents that should be redacted or sealed, as appropriate, to protect the Plaintiff's privacy as well as the privacy of nonparty former students from the University of Virginia School of Medicine.

In consideration of Defendants' Motion, and for the reasons stated above and in the Court's earlier Order of June 16, 2022, the Court ORDERS as follows:

1. The Clerk is DIRECTED to accept and file on the public docket Defendants' proposed redacted Memorandum in Support of their Motion for Summary Judgment.

2. The Clerk is further DIRECTED to maintain the following exhibits (and any sub-exhibits) that were previously submitted in support of Defendants' Motion for Summary Judgment under seal: **DX7**, **DX8**, **DX14**, **DX28**, **DX34**, and **DX57.**

3. The Clerk is further DIRECTED to accept and file on the public docket Defendants' proposed redacted copies of the following exhibits (and any sub-exhibits) that were previously submitted in support of Defendants' Motion for Summary Judgment: **DX1, DX10, DX13, DX16, DX19, DX23, DX27, DX29, DX30, DX33, DX36, DX38, DX43, DX54, DX55, DX58, DX59, DX60, DX61, DX62, DX74, DX89, DX91, DX93**, and **DX94**.

4. The index of exhibits previously submitted with Defendants' Memorandum in Support of their Motion for Summary Judgment shall be maintained under seal. The Clerk is DIRECTED to unseal all other exhibits previously submitted in support of Defendants Motion for Summary Judgment.

It is so ORDERED.

ENTERED: June 22, 2022

Joel C. Hoppe
United States Magistrate Judge