IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**KIERAN RAVI BHATTACHARYA,**

    Plaintiff,

v.                                      3:19-CV-00054-NKM-JCH

**JAMES B. MURRAY, JR.,** *et al.*,

    Defendants.

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR MOVANT REGION TEN COMMUNITY SERVICE BOARD

Pursuant to Local Rule 6(i), Shannon A. Delano, Esq., of the law firm of Flora Pettit PC, respectfully requests that this court permit her to withdraw as counsel of record for Movant Region Ten Community Service Board in this matter in anticipation of her departure from Flora Pettit PC, effective July 29, 2022. Movant Region Ten Community Service Board will continue to be represented by Seth J. Ragosta, Esq. A proposed Order granting this Motion is attached for the Court's consideration.

                                                                           Respectfully submitted,

                                                                           /s/ Shannon A. Delano
                                                                           Shannon A. Delano (VSB #95427)
                                                                           Flora Pettit PC
                                                                           530 East Main Street
                                                                           P.O. Box 2057
                                                                           Charlottesville, Virginia 22902
                                                                           Telephone: (434) 979-1400
                                                                           Facsimile: (434) 977-5109
                                                                           Email: sad@fplegal.com

                                                                           *Counsel for Movant Region Ten Community Service Board*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Shannon A. Delano
Shannon A. Delano (VSB #95427)
Flora Pettit PC
530 East Main Street
P.O. Box 2057
Charlottesville, Virginia 22902
Telephone: (434) 979-1400
Facsimile: (434) 977-5109
Email:  sad@fplegal.com

*Counsel for Movant Region Ten Community Service Board*