# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA, | Case No. 3:19-cv-54 |
| *Plaintiff,* | |
| v. | ORDER |
| JAMES B. MURRAY, JR., *et al.*, | |
| *Defendants.* | Judge Norman K. Moon |

For the reasons stated in the accompanying memorandum opinion, Defendants' summary judgment motion, Dkt. 444, is hereby **GRANTED**. The Court awards all Defendants summary judgment on Plaintiff's First Amendment Retaliation claim.

It is so **ORDERED**.

The Clerk of Court is directed to send this order to all counsel of record.

Entered this 19th day of August 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE