# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIERAN RAVI BHATTACHARYA,<br><br>*Plaintiff,*<br>v.<br><br>JAMES B. MURRAY, JR., *et al.*,<br><br>*Defendants.* | CASE NO. 3:19-cv-00054<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This case is administratively closed and dismissed from this Court's active docket. The Court will still proceed with ruling on the motion for attorney's fees, Dkt. 521.

  It is so **ORDERED**.

  The Clerk of Court is directed to send a copy of this order to all counsel of record and to strike this case from the Court's active docket on account of the Court's order granting Defendants' motion for summary judgment, Dkt. 519, and the Court's order on Rule 11(b) sanctions, Dkt. 532.

  Entered this __30th__ day of September, 2022.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE